UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DUSTIN SAUDER,**

    **Plaintiff,**

v.                                                                        Case No: 6:16-cv-932-Orl-28GJK

**LEO'S CONCRETE SPECIALTIES, INC.
and LEO BADALAMENTI,**

    **Defendants.**

## ORDER

This case is before the Court on the Amended Motion for Summary Final Judgment (Doc. 58) filed by Defendants and the Motion for Summary Judgment (Doc. 61) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 67) recommending that both motions be denied. Neither party has filed an objection to the Report, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation (Doc. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Amended Motion for Summary Final Judgment (Doc. 58) filed by Defendants is **DENIED**.

3. The Motion for Summary Judgment (Doc. 61) filed by Plaintiff is **DENIED**.

4. This case remains set for trial during the March 2018 trial term.

**DONE** and **ORDERED** in Orlando, Florida, on December 16, 2017.

                                                                  _____
                                                                  JOHN ANTOON II
                                                                  United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record