

FILED
IN OPEN COURT
April 25 2018
CLERK
U. S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DUSTIN SAUDER,

        Plaintiff,

-vs-                          Case No. 6:16-cv-932-Orl-28GJK

LEO'S CONCRETE SPECIALTIES, INC.
and LEO BADALAMENTI,

        Defendants.
_____/

## VERDICT

1. Do you find from a preponderance of the evidence that Leo's Concrete Specialties, Inc. and Leo Badalamenti failed to pay Dustin Sauder the overtime pay required by law?

        Answer Yes or No    __NO__

        **Note**: If your answer to Question 1 is No, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form without answering any of the other questions. If your answer to Question 1 is Yes, answer Questions 2 and 3.

2. Do you find from a preponderance of the evidence that Leo's Concrete Specialties, Inc. and Leo Badalamenti knew or showed reckless disregard for whether the FLSA prohibited their conduct?

        Answer Yes or No    _____

3. Do you find from a preponderance of the evidence that Dustin Sauder should be awarded damages?

      Answer Yes or No    _____

      If your answer is "Yes,"
in what amount?    _____

SO SAY WE ALL.

                                                              *Jason A. Hedges*
                                                                 Foreperson

DATED:  4-25-2018